David A. Riggi, Esq.
5550 Painted Mirage Rd. Suite 120
Las Vegas, NV 89149
Ph.:     1-702-463-7777
Fax.:    1-888-306-7157
E-mail: riggilaw@gmail.com
*Attorney for Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PATRICK M. DINIZIO,<br><br>Debtor in Possession. | Case No. 14-12523-ABL<br><br>Chapter 11<br><br>DATE:  May 20, 2015<br><br>TIME:   1:30 p.m. |

## STIPULATION RESOLVING MOTION TO VALUE

This Stipulation is entered, and has been negotiated in good faith between, the undersigned parties, Patrick M. DiNizio ("Debtor"), represented by David A. Riggi, Esq., and Nationstar Mortgage LLC ("Creditor"), represented by Matthew K. Schriever, Esq., and this Court being fully advised on the terms, and good cause appearing:

IT IS HEREBY STIPULATED AND AGREED that the value of the property located at 2027 Westfield Avenue, Scotch Plains, NJ 07076, shall be set at $243,000.00. Secured Creditor shall have an allowed secured claim of $243,000.00 and the balance of Secured Creditor's claim shall be reclassified as a general unsecured claim, to be paid a pro-rata share of the general unsecured distribution.

IT IS FURTHER STIPULATED AND AGREED that the terms, provisions and duties imposed upon each party pursuant to this stipulation and order shall become void and

1

extinguished in the event this bankruptcy proceeding is dismissed, converted to another chapter or otherwise terminated by any other means.

IT IS FURTHER STIPULATED AND AGREED that the hearing on the Motion to Value Collateral currently scheduled for May 20, 2015 at 1:30 p.m. shall be vacated upon entry of the order approving the instant stipulation.

Respectfully Submitted,

By: */s/ David A. Riggi*               Date:  May 19, 2015
   David A. Riggi, Esq.
   *Attorney for the Debtor in Possession*

**APPROVED** / DISAPPROVED

By: */s/ Matthew K. Schriever*          Date:  May 19, 2015
   Matthew K. Schriever, Esq.
   NV Bar No. 10745
   Tiffany & Bosco, P.A.
   212 S. Jones Blvd.
   Las Vegas, NV 89107
   Telephone: (702) 258-8200
   Facsimile: (702) 258-8787
   *Attorney for Nationstar Mortgage LLC*